UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LINDA ALLEN, et al., | ) |
| Plaintiffs, | ) ) ) |
| vs. | ) Case No. 4:17 CV 770 RWS |
| C.R. BARD, INC., et al., | ) ) ) |
| Defendants. | ) |

**MEMORANDUM AND ORDER OF TRANSFER**

At the request of plaintiffs and without objection from defendants, and in the interests of justice under 28 U.S.C. § 1404(a),

**IT IS HEREBY ORDERED** that the motion to transfer [33] is granted and **the claims of Clint Clark are severed and transferred to the United States District Court for the Southern District of Florida**.

```
                                    /s/ Rodney W. Sippel
                                    RODNEY W. SIPPEL
                                    UNITED STATES DISTRICT JUDGE
```

Dated this 19th day of November, 2019.